# U.S. District Court
# Eastern District of Virginia – (Richmond)
# CRIMINAL DOCKET FOR CASE #: 3:15-mj-00311-RCY All Defendants
*Internal Use Only*

Case title: USA v. Cramer  Date Filed: 12/17/2015
  Date Terminated: 12/17/2015

Assigned to: Magistrate Judge Roderick C. Young

### Defendant (1)

**Ian Michael Cramer**  represented by  **Robert James Wagner**
*TERMINATED: 12/17/2015*   Office of the Federal Public Defender
  (Richmond)
  701 E Broad Street
  Suite 3600
  Richmond, VA 23219
  (804) 343-0800
  Email: robert_wagner@fd.org
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*
  Designation: Public Defender

**Pending Counts**  **Disposition**
None

**Highest Offense Level (Opening)**
None

**Terminated Counts**  **Disposition**
None

**Highest Offense Level (Terminated)**
None

**Complaints**  **Disposition**
None

### Plaintiff

**USA**  represented by

Heather Lauren Hart
United States Attorney's Office
(Richmond)
SunTrust Building
919 East Main Street
Suite 1900
Richmond, VA 23219
(804) 819-5400
Fax: (804) 771-2316
Email: Heather.L.Hart@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: US Attorney*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 12/17/2015 | | 3 | Arrest of Ian Michael Cramer in the EDVA. (mful) (Entered: 12/18/2015) |
| 12/17/2015 | 1 | 4 | Arrest Warrant Returned Executed on 12/17/15 in case as to Ian Michael Cramer. (mful) (Entered: 12/18/2015) |
| 12/17/2015 | 2 | 5 | Minute Entry for proceedings held before Magistrate Judge Roderick C. Young:Initial Appearance on Rule 5 Proceedings as to Ian Michael Cramer held on 12/17/2015 ; Appearance entered by Heather L. Hart for the USA, Robert J. Wagner for the deft; Govt's motion to UNSEAL the case – Granted; Court summarized charges; Deft advised of rights; Deft submitted financial affidavit; Deft waived Rule 5 hearings; Deft committed to the Southern District of West Virginia, Charleston. (FTR)(mful) (Entered: 12/18/2015) |
| 12/17/2015 | 3 | 6 | CJA 23 Financial Affidavit by Ian Michael Cramer. (mful) (Entered: 12/18/2015) |
| 12/17/2015 | | 7 | ORAL ORDER APPOINTING FEDERAL PUBLIC DEFENDER Robert James Wagner for Ian Michael Cramer. (mful) (Entered: 12/18/2015) |
| 12/17/2015 | 4 | 8 | WAIVER of Rule 5 Hearings by Ian Michael Cramer. (mful) (Entered: 12/18/2015) |
| 12/17/2015 | 5 | 9 | COMMITMENT TO ANOTHER DISTRICT as to Ian Michael Cramer. Defendant committed to the Southern District of West Virginia, Charleston. Signed by Magistrate Judge Roderick C. Young on 12/17/15. (mful) (Entered: 12/18/2015) |
| 12/17/2015 | | 10 | (Court only) ***Terminated defendant Ian Michael Cramer. (mful) (Entered: 12/18/2015) |
| 12/17/2015 | | 11 | (Court only) ***CLOSED flag set. (mful) (Entered: 12/18/2015) |
| 12/17/2015 | | 12 | (Court only) ***Staff notes – court documents emailed to T. Riley at the SDWV, Charleston. (mful) (Entered: 12/18/2015) |

```
MIME-Version:1.0
From:cmecf@vaed.uscourts.gov
To:Courtmail@localhost.localdomain
Bcc:
--Case Participants: Heather Lauren Hart (heather.l.hart@usdoj.gov,
nancy.w.foster@usdoj.gov, tonya.dandridge@usdoj.gov, usavae.ric.ecf.crim@usdoj.gov),
Magistrate Judge Roderick C. Young (andrew_tarne@vaed.uscourts.gov,
rcy_chambers@vaed.uscourts.gov, roderick_young@vaed.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:6253026@vaed.uscourts.gov
Subject:Activity in Case 3:15-mj-00311-RCYVAED USA v. Cramer Arrest - Rule 5
Content-Type: text/html
```

## U.S. District Court

### Eastern District of Virginia —

**Notice of Electronic Filing**

The following transaction was entered on 12/18/2015 at 10:30 AM EST and filed on 12/17/2015

**Case Name:**       USA v. Cramer
**Case Number:**     3:15-mj-00311-RCY
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**Arrest of Ian Michael Cramer in the EDVA. (mful)**

3:15-mj-00311-RCY-1 Notice has been electronically mailed to:

Heather Lauren Hart   Heather.L.Hart@usdoj.gov, Nancy.W.Foster@usdoj.gov, Tonya.Dandridge@usdoj.gov, USAVAE.RIC.ECF.CRIM@USDOJ.GOV

3:15-mj-00311-RCY-1 Notice has been delivered by other means to:

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of West Virginia

United States of America
v.

Ian Michael Cramer

*Defendant*

Case No. 2:15-mj-00090

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Ian Michael Cramer, who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Transportation with intent to engage in criminal sexual activity

Date: 12/11/2015

*Issuing officer's signature*

City and state: Charleston, West Virginia

Dwane L. Tinsley, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 12/11/15, and the person was arrested on *(date)* 12/17/15
at *(city and state)* Richmond, VA

Date: 12/17/15

*Arresting officer's signature*

Robert Sayegh
Special Agent, FBI
*Printed name and title*

**CRIMINAL PROCEEDINGS — U.S. DISTRICT COURT, EASTERN DISTRICT OF VA, RICHMOND DIVISION**

JUDGE: YOUNG  
REPORTER: FTR  

DOCKET NO. 3:15-mj-311  
DATE: 12/17/15  

UNITED STATES OF AMERICA                              COUNSEL

1. Ian Cramer                                         1. _____

2. _____                                    2. Heather Hart

**APPEARANCES:** GOVERNMENT _____ ( )  
DEFENDANT WITH COUNSEL ( )  DEFENDANT WITHOUT COUNSEL ( )  
DEFENDANT NOT PRESENT ( )   WAIVER OF APPEARANCE FILED ( )  
INTERPRETER _____ ( )

**BAIL STATUS:** DEFENDANT ON BOND ( )  DEFENDANT INCARCERATED ( )  BOND NOT SET ( )

**TYPE OF PROCEEDINGS:** INITIAL (✓) ARRAIGNMENT ( ) REARRAIGNMENT/GUILTY PLEA ( )  
PRELIMINARY ( ) DETENTION ( ) MOTIONS ( ) OTHER: _____ ( )  
INITIAL ON SUPERVISED RELEASE VIOLATION: PROBATION ( ) PRETRIAL ( )

**PRELIMINARY PROCEEDINGS:** WAIVER OF INDICTMENT EXECUTED, FILED ( )  
CRIMINAL INFORMATION FILED ( )  
OTHER ( ) _____

**INITIAL HEARING PROCEEDINGS:** DATE OF ARREST: 12/17/15  GOVT'S MOTION TO UNSEAL (✓)  
INITIAL APPEARANCE (✓)  
INITIAL APPEARANCE (SUPERVISED RELEASE/PROBATION) ( )  
COURT SUMMARIZED CHARGES (✓) DEFT. ADVISED OF RULE 5 RIGHTS (✓)  
FINANCIAL AFFIDAVIT (✓) COUNSEL TO BE APPOINTED (✓)  
DEFT TO RETAIN COUNSEL ( )  
GOVT'S MOTION TO DETAIN DEFT (✓) ORDER OF TEMPORARY DETENTION ( )  
DEFT REMANDED (✓) DETENTION HEARING SET: _____

**PRELIMINARY HEARING PROCEEDINGS:** GOVT ADDUCED EVIDENCE ( )  DEFT ADDUCED EVIDENCE ( )  
ARGUMENTS HEARD ( )  FINDINGS STATED FROM BENCH ( )  
DEFT WAIVED HEARING (✓) PROBABLE CAUSE FOUND ( )  
MOTION FOR CONTINUANCE ( ) GOVT ( ) DEFT ( ) DEFT REMANDED ( )  
WITNESS(ES) _____

Deft waived identity, preliminary, and detention hearings

**DETENTION HEARING PROCEEDINGS:** GOVT ADDUCED EVIDENCE ( )  DEFT ADDUCED EVIDENCE ( )  
ARGUMENTS HEARD ( )  FINDINGS STATED FROM BENCH ( )  
DEFT WAIVED HEARING (✓) DEFENDANT CONTINUED ON PRESENT BOND ( )  
DEFT HELD W/O BOND ( ) FLIGHT RISK ( ) DANGER ( )  
DEFENDANT RELEASED ON PR BOND ( ) ELECTRONIC MONITORING ( )  
3rd PARTY CUSTODIAN ( ) MOTION FOR CONTINUANCE ( ) GOVT ( ) DEFT ( )  
DEFT REMANDED ( )  
WITNESS(ES) _____

CASE CONTINUED TO: _____, 20__ AT _____.M. FOR _____  
CASE SET: 3:00  BEGAN: 3:06  ENDED: 3:10  TIME IN COURT: 4 mins

USCA4 5

```
MIME-Version:1.0
From:cmecf@vaed.uscourts.gov
To:Courtmail@localhost.localdomain
Bcc:
--Case Participants: Robert James Wagner (anisha_walker@fd.org, judie_nielsen@fd.org,
paul_shelton@fd.org, robert_wagner@fd.org, vaermecf@fd.org, victoria_parrish@fd.org),
Heather Lauren Hart (heather.l.hart@usdoj.gov, nancy.w.foster@usdoj.gov,
tonya.dandridge@usdoj.gov, usavae.ric.ecf.crim@usdoj.gov), Magistrate Judge Roderick C.
Young (andrew_tarne@vaed.uscourts.gov, rcy_chambers@vaed.uscourts.gov,
roderick_young@vaed.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:6253546@vaed.uscourts.gov
Subject:Activity in Case 3:15-mj-00311-RCYVAED USA v. Cramer Order Appointing Public
Defender
Content-Type: text/html
```

## U.S. District Court

### Eastern District of Virginia –

**Notice of Electronic Filing**

The following transaction was entered on 12/18/2015 at 12:05 PM EST and filed on 12/17/2015

**Case Name:**      USA v. Cramer
**Case Number:**    3:15-mj-00311-RCY
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**ORAL ORDER APPOINTING FEDERAL PUBLIC DEFENDER Robert James Wagner for Ian Michael Cramer. (mful)**

**3:15-mj-00311-RCY-1 Notice has been electronically mailed to:**

Heather Lauren Hart    Heather.L.Hart@usdoj.gov, Nancy.W.Foster@usdoj.gov, Tonya.Dandridge@usdoj.gov, USAVAE.RIC.ECF.CRIM@USDOJ.GOV

Robert James Wagner    robert_wagner@fd.org, anisha_walker@fd.org, Judie_Nielsen@fd.org, Paul_Shelton@fd.org, vaermecf@fd.org, victoria_parrish@fd.org

**3:15-mj-00311-RCY-1 Notice has been delivered by other means to:**

AO 466A (Rev. 12/09) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br><br>Ian Michael Cramer<br>*Defendant* | Case No. 3:15-MJ-00311<br><br>Charging District's Case No. 2:15-mj-00090 |

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* Southern District of West Virginia, Charleston

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;

(5) a hearing on any motion by the government for detention;

(6) request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

[X] an identity hearing and production of the warrant.

[ ] a preliminary hearing.

[ ] a detention hearing.

[X] an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 12/17/2015

*Defendant's signature*

*Signature of defendant's attorney*

Robert J. Wagner
*Printed name of defendant's attorney*

USCA4 8

AO 94 (Rev. 06/09) Commitment to Another District

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No.  3:15-MJ-00311 |
| | ) | |
| Ian Michael Cramer | ) | Charging District's |
| *Defendant* | ) | Case No.  2:15-mj-00090 |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the    Southern District    District of    West Virginia    ,

Charleston
*(if applicable)* _____ division. The defendant may need an interpreter for this language:

_____.

The defendant:   ☐ will retain an attorney.

☑ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date:    12/17/2015

/s/ [signature]
*Judge's signature*

Roderick C. Young, United States Magistrate Judge
*Printed name and title*

```
MIME-Version:1.0
From:cmecf@vaed.uscourts.gov
To:Courtmail@localhost.localdomain
Bcc:
--Case Participants: Magistrate Judge Roderick C. Young (andrew_tarne@vaed.uscourts.gov,
rcy_chambers@vaed.uscourts.gov, roderick_young@vaed.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:6253581@vaed.uscourts.gov
Subject:Activity in Case 3:15-mj-00311-RCYVAED USA v. Cramer Terminate Defendant
Content-Type: text/html
```

## U.S. District Court

## Eastern District of Virginia –

### Notice of Electronic Filing

The following transaction was entered on 12/18/2015 at 12:08 PM EST and filed on 12/17/2015

**Case Name:**       USA v. Cramer
**Case Number:**     3:15-mj-00311-RCY
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**\*\*\*Terminated defendant Ian Michael Cramer. (mful)**

**No public notice (electronic or otherwise) sent because the entry is private**

```
MIME-Version:1.0
From:cmecf@vaed.uscourts.gov
To:Courtmail@localhost.localdomain
Bcc:
--Case Participants: Magistrate Judge Roderick C. Young (andrew_tarne@vaed.uscourts.gov,
rcy_chambers@vaed.uscourts.gov, roderick_young@vaed.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:6253583@vaed.uscourts.gov
Subject:Activity in Case 3:15-mj-00311-RCYVAED USA v. Cramer Set/Clear Flags
Content-Type: text/html
```

## U.S. District Court

### Eastern District of Virginia −

### Notice of Electronic Filing

The following transaction was entered on 12/18/2015 at 12:09 PM EST and filed on 12/17/2015

**Case Name:**      USA v. Cramer
**Case Number:**    3:15−mj−00311−RCY
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**\*\*\*CLOSED flag set. (mful)**

**No public notice (electronic or otherwise) sent because the entry is private**

```
MIME-Version:1.0
From:cmecf@vaed.uscourts.gov
To:Courtmail@localhost.localdomain
Bcc:
--Case Participants:
--Non Case Participants:
--No Notice Sent:

Message-Id:6253613@vaed.uscourts.gov
Subject:Activity in Case 3:15-mj-00311-RCYVAED USA v. Cramer Staff Notes
Content-Type: text/html
```

## U.S. District Court

## Eastern District of Virginia –

**Notice of Electronic Filing**

The following transaction was entered on 12/18/2015 at 12:15 PM EST and filed on 12/17/2015

**Case Name:**       USA v. Cramer
**Case Number:**    3:15-mj-00311-RCY
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***Staff notes - court documents emailed to T. Riley at the SDWV, Charleston. (mful)

**No public notice (electronic or otherwise) sent because the entry is private**