**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON**

**UNITED STATES OF AMERICA**

**v.**   CASE NO. 2:15-mj-00090

**IAN MICHAEL CRAMER**

### MOTION FOR DETENTION HEARING

The United States moves this Court to hold a detention hearing pursuant to 18 U.S.C. § 3142(f) to determine whether any condition or combination of conditions will reasonably assure the appearance of defendant as required and the safety of other persons and of the community.

1. Eligibility of Case.  This case involves a:

   __x__ crime of violence [18 U.S.C. § 3142(f)(1)(a)]

   __x__ maximum sentence life imprisonment or death [18 U.S.C. § 3142(f)(1)(B)]

   ____ 10+ year controlled substance offense [18 U.S.C. § 3142(f)(1)(C)]

   ____ felony, with two prior convictions in above categories [18 U.S.C. § 3142(f)(1)(D)]

   __x__ minor victim, or the possession or use of a firearm or destructive device, or other dangerous weapon, or a failure to register under 18 U.S.C. § 2250 [18 U.S.C. § 3142(f)(1)(E)]

   __x__ serious risk defendant will flee [18 U.S.C. § 3142(f)(2)(A)]

    __x__ serious risk of obstruction of justice [18 U.S.C. § 3142(f)(2)(B)]

2. <u>Reason for Detention</u>. The court should detain defendant because no conditions of release will reasonably assure (check one or both):

    __x__ Defendant's appearance as required

    __x__ Safety of any other person and the community

3. <u>Rebuttable Presumption</u>. The United States will invoke the rebuttable presumption against defendant pursuant to 18 U.S.C. § 3142(e). (If yes) The presumption applies because:

    ____ Probable cause to believe defendant committed 10+ year controlled substance offense, or offense under 18 U.S.C. § 924(c), 956(a), or 2332b.

    ____ Previous conviction for "eligible" offense committed while on pretrial bond. Eligible offenses are the first five categories listed under Paragraph 1 of this motion.

    __x__ Probable cause to believe defendant committed an offense involving a minor as a victim under 18 U.S.C. §§ 2423(a).

4. <u>Time for Detention Hearing</u>. The United States requests the court conduct the detention hearing,

    ____ At first appearance

    __x__ After continuance of 3 days (not more than 3).

5. <u>Temporary Detention</u>. The United States moves the court to detain the defendant during any continuance and pending completion of the detention hearing.

6. Other Matters.

_____

_____

DATED: January 6, 2016

                              CAROL A. CASTO
                              Acting United States Attorney

                              s/Lisa G. Johnston
                              LISA G. JOHNSTON
                              Assistant United States Attorney
                              WV State Bar No. 4917
                              300 Virginia Street, East
                              Room 4000
                              Charleston, WV  25301
                              Telephone: 304-345-2200
                              Fax: 304-347-5104
                              E-Mail: lisa.johnston@usdoj.gov