# District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Charleston

Date: 10/11/2016  Case Number 2:16-cr-00008
Case Style: USA v. Ian Michael Cramer
Type of hearing Plea Hearing
Before the honorable: 2508-Copenhaver
Court Reporter Catherine Schutte-Stant  Courtroom Deputy Kelley Miller
Attorney(s) for the Plaintiff or Government Lisa G. Johnston

Attorney(s) for the Defendant(s) David R. Bungard

Law Clerk  Probation Officer Michele Jones

## Trial Time

## Non-Trial Time

Plea Hearing

## Court Time

11:05 am   to 12:06 pm
Total Court Time: 1 Hours 1 Minutes Non-Trial Time/Uncontested Time

## Courtroom Notes

11:00 case set

11:05 - case called - purpose of hearing for defendant to enter plea to Count Three of the three-count indictment pursuant to plea agreement - defense counsel agrees that is correct

Defendant gave personal information

Court read Count 3  - defendant understands

Court gave elements - defendant understands

Court explained provisions of plea agreement

Court explained constitutional rights

Guilty plea received and filed

Defendant gave a factual basis

Court found a factual basis for the plea, accepted plea and plea agreement, and adjudged defendant guilty

Directed presentence investigation - sentencing set for 1:30 p.m. on January 11, 2017

Defendant remanded

12:06 concluded