UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON



UNITED STATES OF AMERICA

v.  CRIMINAL ACTION NO. 2:16-00008

IAN MICHAEL CRAMER

## GUILTY PLEA

In the presence of David R. Bungard, my counsel, who has fully explained the charges contained in the indictment against me and, having received a copy of the indictment from the United States Attorney before being called upon to plead, I hereby plead GUILTY to Count Three of the three-count indictment.

10/11/16
Date

Ian Michael Cramer

Witness:

Counsel for Defendant